**Theodore C. LANGE, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR, Respondent.**

**No. 04–3011.**

United States Court of Appeals, Federal Circuit.

Jan. 14, 2004.

Before MAYER, Chief Judge, GAJARSA and LINN, Circuit Judges.

ON MOTION

GAJARSA, Circuit Judge.

*ORDERED*

Theodore C. Lange submits a letter which we treat as a motion to stay this case pending further proceedings at the Merit Systems Protection Board.

Lange appealed his removal from the Department of the Interior to the Board, docket number SE–0752–02–0259–I–1. The parties entered into an oral settlement agreement and the administrative judge (AJ) dismissed the appeal. Lange filed a petition for review and "petition to rescind" with the Board. The Board held that the settlement agreement was "still in effect with respect to all but the appellant's ADEA-related claims." Concerning the age discrimination claim, the Board remanded the case to the AJ for further proceedings. Lange filed a petition seek-

ing review by this court, although the case remains pending before the AJ.

Our jurisdiction to limited to reviewing a "final order or decision" of the Merit Systems Protection Board. 5 U.S.C. § 7703(a)(1). Absent circumstances not present here, an order remanding a case to an administrative agency is not a final order. *Cabot Corp. v. United States,* 788 F.2d 1539, 1542 (Fed.Cir.1986). Because there is no final order, we lack jurisdiction.

Accordingly,

IT IS ORDERED THAT:

(1) The petition is dismissed for lack of jurisdiction.

(2) Lange's motion to stay this petition for review is denied as moot.

(3) Each side shall bear its own costs.